Argued and submitted November 30, 2004, affirmed February 2, petition for review denied May 24, 2005 (338 Or 583)

STATE OF OREGON,
*Respondent,*

*v.*

RANGEL JESUS REYNEL,
*Appellant.*

0208-48314; A119978

105 P3d 915

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Stacey RJ Guise, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Armstrong, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Young*, 196 Or App 708, 103 P3d 1180 (2004).